## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KELLY STANKIEWICZ, MD, FAAD | |
| Plaintiff, | No. 1:18-cv-03823 |
| v. | |
| DU PAGE MEDICAL GROUP, LTD., d/b/a DUPAGE MEDICAL GROUP, an Illinois corporation, | |
| Defendant. | |

### NOTICE OF SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that pursuant to the attached subpoena, the undersigned, as attorneys for Plaintiff, Kelly Stankiewicz, will take the deposition testimony of the below listed individual, under oath before a duly authorized notary public court reporter, at the offices of TAFT STETTINIUS & HOLLISTER LLP, 111 E. Wacker Drive, Suite 2800, Chicago, Illinois 60601. The testimony may be recorded by audio, audiovisual, or stenographic means.

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Soujanya R. Pulluru | July 31, 2019 | 10:00 a.m. |

Dated:  July 1, 2019          Respectfully submitted,

                              **Kelly Stankiewicz, MD, FAAD**


                              By:  */s/ Brianna M. Skelly*
                                   One of her attorneys

William J. Serritella, Jr. (#6210001)
wserritella@taftlaw.com
Brianna M. Skelly (#6298677)
bskelly@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile:  (312) 527-4011

24922629.1

## **CERTIFICATE OF SERVICE**

To: Steven S. Scholes
sscholes@mwe.com
Peter B. Allport
pallport@mwe.com
Sean M. Koller
skoller@mwe.com
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029

    I, Brianna M. Skelly, as counsel of record for Plaintiff, in accordance Fed.R.Civ.P. 5, certify that a true and correct copy of the foregoing ***Notice of Subpoena to Testify at a Deposition in a Civil Action*** was served upon the above counsel of record for Defendant, via email, on June 28, 2019.

                                               *s/ Brianna M. Skelly*
                                               Brianna M. Skelly (#6298677)
                                               bskelly@taftlaw.com